RECEIVED

MAY 1 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| STACY MICHAEL MEAUX | CIVIL ACTION NO. 6:17-CV-00206 |
|---|---|
| VS. | SECTION P |
|  | JUDGE REBECCA F. DOHERTY |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's claims be **DISMISSED WITH PREJUDICE** as time-barred.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___16___ day of ___May___, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE